IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>vs.<br><br>EDWARD L. HEINERT,<br><br>                Defendant. | **4:12CB3006**<br>Violation #1150528<br>**DISMISSAL ORDER** |

The government's motion, (Filing No. 40), is granted. The charges pending against defendant Edward L. Heinert are dismissed.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge